RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com
**HALL JAFFE & CLAYTON, LLP**
7425 Peak Dr.
Las Vegas, Nevada 89128
Telephone: (702) 316-4111
Facsimile: (702)316-4114

MICHAEL K. FARRELL (*pro hac vice forthcoming*)
mfarrell@bakerlaw.com
**BAKER & HOSTETLER, LLP**
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: 216-621-0200
Facsimile: 216-696-0740

TIFFANY L. POWERS (*pro hac vice forthcoming*)
tiffany.powers@alston.com
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia  30309
Telephone: 404.881.7000
Facsimile: 404.881.7777

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAMILLE FAGAN,<br><br>              Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL GROUP, INC., LM GENERAL INSURANCE, LM INSURANCE CORPORATION, LM PROPERTY & CASUALTY INSURANCE COMPANY, and DOES 1 through 10,<br><br>              Defendants. | CASE NO.:  2:21-cv-00616-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ADOPTION OF BRIEFING SCHEDULE (First Request)** |

Pursuant to Rule IA 6-1 of the Local Rules of Practice for the United States District Court, District of Nevada, Plaintiff, Camille Fagan ("Plaintiff"), and Defendants, Liberty Mutual Group,

Inc., LM General Insurance, LM Insurance Corporation, and LM Property & Casualty Insurance Company ("Defendants"), by and through their attorneys stipulate and agree as follows:

WHEREAS, Plaintiff filed this action in the Eighth Judicial District Court, Clark County, Nevada, on February 23, 2021;

WHEREAS, Defendants removed this action from state court to the United States District Court, District of Nevada, on April 14, 2021;

WHEREAS, Defendants' responsive pleading is due on April 23, 2021 pursuant to Fed. R. Civ. P. 81(c)(2)(A);

WHEREAS, Defendants intend to file a Motion to Dismiss the Complaint ("Motion to Dismiss"), and in order to give the parties additional time to meet and confer regarding Defendants' proposed pleading, and given the complexity of the issues, the parties seek a mutual extension of the briefing schedule on Defendants' Motion to Dismiss;

WHEREAS, the proposed modifications to the briefing schedule will not prejudice any party to this action, and are not being sought for purposes of unnecessarily delaying these proceedings; and

WHEREAS, this is the first stipulation for an extension of time in this case.

The parties herein stipulate and agree that this Court may enter an Order allowing the briefing on Defendants' Motion to Dismiss pursuant to the foregoing briefing schedule:

1. Defendants' Motion to Dismiss would be due on or before May 21, 2021;

2. Plaintiffs' Opposition/Response to Defendants' Motion to Dismiss would be due on or before June 21, 2021;

/ / /

/ / /

/ / /

     3.     Defendants' Reply in Support of their Motion to Dismiss would be due on or before July 19, 2021.

Dated this 21st day of April, 2021.         Dated this 21st day of April, 2021.

HALL JAFFE & CLAYTON, LLP         MATTHEW L. SHARP, LTD.

*/s/ Riley A. Clayton*         */s/ Matthew L. Sharp*

_____     _____

RILEY A. CLAYTON         MATTHEW L. SHARP
Nevada Bar No. 5260         Nevada Bar No. 4746
7425 Peak Dr.         432 Ridge St.
Lass Vegas, Nevada 89128         Reno, Nevada 89501
Co-counsel for Defendants         Co-counsel for Plaintiff

**O R D E R**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE


DATED:  April 22, 2021
CASE NO.:  2:21-cv-00616-APG-NJK