RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com
**HALL JAFFE & CLAYTON, LLP**
7425 Peak Dr.
Las Vegas, Nevada 89128
Telephone: (702) 316-4111
Facsimile: (702)316-4114

MICHAEL K. FARRELL (*admitted pro hace vice*)
mfarrell@bakerlaw.com
**BAKER & HOSTETLER, LLP**
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: 216-621-0200
Facsimile: 216-696-0740

TIFFANY L. POWERS (*pro hac vice forthcoming*)
tiffany.powers@alston.com
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia  30309
Telephone: 404.881.7000
Facsimile: 404.881.7777

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAMILLE FAGAN,<br><br>                    Plaintiff,<br>vs.<br><br>LIBERTY MUTUAL GROUP, INC., LM GENERAL INSURANCE, LM INSURANCE CORPORATION, LM PROPERTY & CASUALTY INSURANCE COMPANY, and DOES 1 through 10,<br>                    Defendants. | CASE NO.:  2:21-cv-00616-RFB-BNW<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY** |

Plaintiff Camille Fagan ("Plaintiff") and Defendants Liberty Mutual Group, Inc., LM General Insurance, LM Insurance Corporation, and LM Property & Casualty Insurance Company

(collectively, "Liberty Mutual") by and through their respective counsel (collectively the "Parties"), for good cause shown, hereby stipulate and agree as follows:

1. On May 21, 2021, Liberty Mutual moved to dismiss Plaintiff's Complaint [ECF No. 18] (the "Motion").

2. Plaintiff filed her Response to Liberty Mutual's Motion on June 21, 2021 [ECF No. 20].

3. Liberty Mutual filed a Reply in support of the Motion on July 19, 2021. [ECF No. 21].

4. Pending resolution of Liberty Mutual's Motion, the Parties agree and stipulate to a stay of discovery including, but not limited to, any discovery obligations set forth in Fed. R. Civ. P. 26 and LR 26-1, in order to preserve judicial and party resources. The Parties are in agreement that a stay of discovery is warranted at this time. Moreover, discovery is not required to resolve the pending Motion.

5. If the Court denies Liberty Mutual's Motion, in whole or in part, the Parties agree to submit a discovery plan and scheduling order within 30 days after entry of the Court's order on the Motion.

6. Good cause exists to enter the Parties' stipulated stay of discovery.

/ / /

/ / /

/ / /

7. The Parties represent that this stipulation is sought in good faith and not for the purposes of delay.

DATED this 10th day of August 2021.   DATED this 10th day of August 2021.

| | |
|---|---|
| */s/ Danielle C. Miller* | */s Riley A. Clayton* |
| Robert T. Eglet | Riley A. Clayton |
| Cassandra S.M. Cummings | HALL JAFFE & CLAYTON, LLP |
| Danielle C. Miller | 7425 Peak Dr. |
| EGLET ADAMS | Las Vegas, Nevada 89128 |
| 400 S. Seventh St., Suite 400 | |
| Las Vegas, NV 89101 | Michael K. Farrell |
| | BAKER & HOSTETLER, LLP |
| Matthew L. Sharp, Esq. | Key Tower |
| MATTHEW L. SHARP, LTD. | 127 Public Square, Suite 200 |
| 432 Ridge Street | Cleveland, OH 44144 |
| Reno, NV 89501 | |
| *Attorneys for Plaintiff* | Tiffany L. Powers |
| | ALSTON & BIRD LLP |
| | One Atlantic Center |
| | 1201 West Peachtree Street |
| | Atlanta, GA 30309-3424 |
| | *Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

Dated: August 13, 2021

_____
UNITED STATES MAGISTRATE JUDGE